IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RONALD SUTTON, | ) |
| Plaintiff, | ) |
| | ) CASE NO. 2:07-cv-776-WKW |
| v. | ) |
| TROY KING, *et al.*, | ) |
| Defendants. | ) |

## ORDER

Before the court is Ronald Sutton's Request for Temporary Restraining Order and Preliminary Injunction Relief (Doc. # 1). Rule 65 (b) of the Federal Rules of Civil Procedure mandates that the request for a temporary restraining order be either in the form of an affidavit or a verified complaint, and that the applicant's counsel recite efforts taken to notify the opposing party and, if no notice is given, the reasons for such lack of notice. *See* Fed. R. Civ. P. 65(b). Additionally, Rule 65 requires that the applicant show "immediate and irreparable injury". Fed. R. Civ. P. 65(b).

Plaintiff has not complied with the terms of Rule 65, in that he did not submit an affidavit or verified complaint establishing a likelihood of immediate and irreparable injury, nor did he show why he did not provide notice to the opposing party. Even if the court gave plaintiff leeway in the Federal Rules of Civil Procedure, plaintiff has not alleged immediate and irreparable injury sufficient to implicate a temporary restraining order. Plaintiff merely speculates as to what may happen to him if he is transferred to another penal institution. Moreover, plaintiff has offered conclusory allegations about the conditions of the prisons. Therefore, plaintiff's request for a temporary

restraining order is DENIED.  This case is hereby REFERRED back to the United States Magistrate Judge for further proceedings.

    DONE this 30th day of August, 2007.

                            /s/  W. Keith Watkins
                            UNITED STATES DISTRICT JUDGE