IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RONALD SUTTON, ) | |
| AIS #210657, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:07-cv-776-WKW |
| ) | |
| TROY KING and ) | |
| RICHARD ALLEN, ) | |
| ) | |
| Defendants. ) | |

## ORDER

The Magistrate Judge filed a Recommendation (Doc. # 4) in this case to which no timely objections have been made. After an independent review of the file in this case and upon consideration of the Recommendation, it is ORDERED that:

1. The Recommendation of the Magistrate Judge (Doc. # 4) is ADOPTED;

2. The motion for preliminary injunction (Doc. # 1) filed by plaintiff is DENIED;

3. This case is REFERRED back to the Magistrate Judge for additional proceedings.

DONE this 27th day of September, 2007.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE