# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| RONALD SUTTON, <br> AIS #210657, <br><br> Plaintiff, <br><br> v. <br><br> TROY KING and <br> RICHARD ALLEN, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) CASE NO. 2:07-cv-776-WKW <br> ) <br> ) <br> ) <br> ) <br> ) |

## ORDER

The Magistrate Judge filed a Recommendation (Doc. # 4) in this case to which no timely objections have been made. After an independent review of the file in this case and upon consideration of the Recommendation, it is ORDERED that:

1. The Recommendation of the Magistrate Judge (Doc. # 4) is ADOPTED;

2. The motion for preliminary injunction (Doc. # 1) filed by plaintiff is DENIED;

3. This case is REFERRED back to the Magistrate Judge for additional proceedings.

DONE this 27th day of September, 2007.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE