IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RONALD SUTTON, #210657,       )
                              )
    Plaintiff,             )
                              )
v.                            )  CIVIL ACTION NO. 2:07-CV-776-WKW
                              )
TROY KING and RICHARD ALLEN,  )
                              )
    Defendants.            )

**ORDER ON MOTION**

Upon consideration of the motion for extension of time filed by the plaintiff on October 4, 2007 (Court Doc. No. 6), and for good cause, it is

ORDERED that:

1. This motion be and is hereby GRANTED to the extent that the plaintiff seeks an extension of time to file a motion for reconsideration of the order entered on September 27, 2007 (Court Doc. No. 5) adopting the Recommendation that his motion for preliminary injunction be denied.

2. The plaintiff is GRANTED an extension to and including October 19, 2007 to file a motion for reconsideration of the September 27, 2007 order. The plaintiff is advised that any objection he has to the Recommendation should be presented to the court in his motion for reconsideration. The plaintiff is *cautioned* that if he fails to file a motion for reconsideration the order entered on September 27, 2007 will remain in full force and effect without further action of the court.

3. The motion for extension of time be and is hereby GRANTED to the extent that the plaintiff seeks additional time to file either the appropriate affidavit in support of his motion for leave to proceed *in forma pauperis* accompanied by a prison account statement from the account clerk at the Limestone Correctional Facility showing the average monthly balance in plaintiff's prison account for the 6-month period immediately preceding the filing of this complaint and the average monthly deposits to plaintiff's account during the past six months *or* the $350.00 filing fee in compliance with the order entered on August 29, 2007 (Court Doc. No. 2). To aid the plaintiff in complying with this directive, the CLERK is DIRECTED to furnish him with a copy of the aforementioned order and the form affidavit used by persons seeking to proceed *in forma pauperis* before this court.

4. The plaintiff is GRANTED an extension to and including October 19, 2007 to file the requisite *in forma pauperis* application or the $350.00 filing fee. The plaintiff is cautioned that if he fails to provide this information to the court the Magistrate Judge will recommend that this case be dismissed.

5. The motion be and is hereby DENIED with respect to any other request for extension of time.

Done this 5th day of October, 2007.

                              /s/ Susan Russ Walker
                              SUSAN RUSS WALKER
                              UNITED STATES MAGISTRATE JUDGE