IN THE UNITED STATES DISRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA

AFFIDAVIT IN SUPPORT OF REQUEST TO PROCEED
IN FORMA PAUPERIS

__Ronald Sutton Aper sa__
Plantiff(s)

2:07cv776-WKW

v.

__State of Alabama, et al__
Defendant(s)

I, __Ronald Sutton__, being first duly sworn, depose and say that I am the plaintiff in the above case; that in support of my motion to proceed without being required to prepay fees, costs, or give security therefor. I state that because of my poverty I am unable to pay the costs of said proceedings or to give security therefor; that I believe I am entitled to relief. I recognize that I may be prosecuted for any false statement which I may make herein.

I further swear that the responses which I have made to questions and instructions below are true.

1. Are you presently employed?     Yes ( )     No (✓)

   A. If the answer is YES, state the amount of your salary or wages per month, and give the name and address of your employer. __N/A__

   B. If the answer is NO, state the date of last employment and the amount of salary or wages per month, and give the name and address of your employer. __N/A__

2. Have you received within the past twelve months and money from any of the following sources?

   A. Business, profession, or form of self-employment?     Yes ( )     No (✓)
   B. Rent payments, interest, or dividends?     Yes ( )     No (✓)
   C. Pensions, annuities, or life insurance payments?     Yes ( )     No (✓)
   D. Gifts or inheritances?     Yes ( )     No (✓)
   E. Any other sources?     Yes ( )     No (✓)

   If the answer to any of the above is YES, describe each source of money and state the amount received from each during the past twelve months. __N/A__

PAGE 2

3. Do you own cash, or do you have money in a checking or savings account?
   Yes ( ),    No ( ✓ )    (Include any funds in prison accounts.)
   If the answer is "yes", state the total value of the items owned: __N/A__

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?
   Yes ( )    No ( ✓ )
   If the answer is "yes", describe the property and state its approximate value: __N/A__

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support: __N/A__

   I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct.    Executed on __October 1, 07__ (date).

   __Ronald Sutton__
   Signature of Petitioner

CERTIFICATE

   I hereby certify that the petitioner herein has the sum of $ __0.00__ on account to his credit at the __LCF__ institution where he is confined. I further certify that the petitioner likewise had the following securities to his credit according to the records of said __N/A__ institution: _____

   __Beverly Burnett__ __10/03/07__
   Authorized Officer of Institution

**INFORMATION REGARDING PRISONER ACCOUNTS**

The Prison Litigation Reform Act, Pub. L. No. 104-134, §804, requires a prisoner seeking to proceed *in forma pauperis* to submit information regarding his prison or jail trust account for the six months preceding the filing of the complaint. This information must be obtained from the appropriate official of each prison or institution at which the prisoner is or was confined within the past six months. This information **must** be certified by prison or jail personnel and **must** include <u>both</u> the total deposits made by the prisoner's account each and every month for the preceding six months <u>and</u> the average monthly balance in the account each and every month during the preceding six months. Information for **six <u>full</u> months** must be provided.

CERTIFICATION

I hereby certify that prisoner  Ronald Sutton  has been incarcerated in this institution since  8/27 , 20 07  and that he has the sum of $ 0.00  in his prison or jail trust account on this the  2nd  day of  October ,20 07 . I further certify that the information provided below is true and correct.

|  | Month/Year | Total Deposits Received | Average Account Balance |
|---|---|---|---|
| Month 1 | Apr 2007 | $ | $ |
| Month 2 | May 2007 | $ N/A | $ N/A |
| Month 3 | Jun 2007 | $ | $ |
| Month 4 | Jul 2007 | $ | $ |
| Month 5 | Aug 2007 | $ | $ |
| Month 6 | Sept 2007 | $ | $ |
| Current Month (if less than a full month) | Oct 2007 | $ | $ |

Beverly Burnett    10/02/07
Signature of Authorized Officer of Institution

LCF
Name of Institution

Case 2:07-cv-00776-WKW-SRW    Document 8    Filed 10/18/2007    Page 4 of 4

Ronal
ADOC
Limestone Correctional Facility
28779 Nick Davis Road
Harvest, Alabama 35749

Legal Mail

The correspondence is forwarded from
an Alabama State Prison. Its contents
have not been evaluated and the Alabama
Department of Corrections is not
responsible for the substance or content
of the enclosed communication.

Office of The Clerk
United States District Court
P.O. Box 711
Montgomery, Alabama 36101-0711


