IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| RONALD SUTTON | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| vs. | * | Civil Action No. 2:07-CV-776-WKW |
| | * | [WO] |
| | * | |
| TROY KING and | * | |
| RICHARD ALLEN, et., al., | * | |
| *Defendants.* | * | |

## MOTION FOR APPOINTMENT OF COUNSEL

*Comes now*, Ronald Sutton, Plaintiff, without money to afford counsel, or to pay court cost and docket fees, makes his following request for good cause:

Pursuant to 28 U.S.C.§1915(e)(1), Plaintiff moves for an order appointing counsel to represent him in this civil action. In support of this motion, the Plaintiff states that he is unable to afford counsel. He has requested leave to proceed *in forma pauperis*. Plaintiff's imprisonment will greatly limit his ability to litigate. The issues involved in this case are complex, and will require significant research and investigation. Plaintiff has limited access to the law library and limited knowledge of the law. Under the General Rule of Civil Procedure, Assignment of Counsel, §3006 Rule, Representation under each plan shall include counsel and investigative, expert, and other service necessary for adequate representation. Each plan shall provide the following: is entitled to appointment to the Constitution; faces loss of liberty in a case, and Federal law requires the appointment of counsel; or is entitled to the appointment of counsel under section 4109 of this title.

A trial in this case will likely involve conflicting testimony, and counsel would better enable Plaintiff to present evidence and cross-examine witnesses. Plaintiff has made repeated

1

efforts to obtain a lawyer. The Sixth Amendment to the United States Constitution guarantees Plaintiff the to counsel in all criminal prosecution. U.S. Constitution Amendment VI. Appointment of Counsel for an indigent Plaintiff is required at every stage of criminal proceeding where substantial rights are at stake. The United States magistrate judge or the court shall appoint separate counsel for persons having interests that cannot properly be represented by the same counsel, or when other good cause is shown. A person for whom counsel is appointed shall be represented at every stage of the proceeding from his initial appearance before the United States magistrate judge or the court through appeal, including ancillary matters appropriate to the proceedings. The United States magistrate judge or the court may, in the interests of justice, substitute one appointed counsel for another at any stage of the proceedings.

## CERTIFICATE OF SERVICE

I, Ronald Sutton, do hereby swear that I have served a true and correct copy of the foregoing to the Clerk the Honorable Court by placing the same in the United States Mail, postage prepaid and properly addressed on this _15_ day of October 2007.

The Honorable Clerk
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
P.O. BOX 711
MONTGOMERY, ALABAMA 36101-0711

Respectfully submitted,

Ronald Sutton, Pro Se

2