IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RONALD SUTTON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 2:07-cv-0776-WKW |
| | ) |
| TROY KING, *et al.*, | ) |
| | ) |
| Defendants. | ) |

### **ORDER**

This case is before the court on the plaintiff's motion to reconsider (Doc. # 9) the court's previous denials of his motions for a temporary restraining order ("TRO") and a preliminary injunction. The plaintiff challenges the right of the Alabama Department of Corrections ("ADOC") to transfer him from a private facility in Louisiana back to the Alabama prison system and the general conditions of confinement in such system. However, the plaintiff still fails to set forth any valid basis for either issuance of a TRO or preliminary injunctive relief.

The law is well established that a state's department of corrections can house an inmate in a facility of its choosing without implicating an inmate's constitutional rights. *Olim v. Wakinekona*, 461 U.S. 238, 245-246 (1983) (a prisoner has no constitutional right to be confined in a particular institution and may be subjected to an interstate transfer without implicating the Constitution); *Meachum v. Fano,* 427 U.S. 215, 224 (1976) (convicted prisoner has no constitutionally protected right to confinement in a particular penal facility). The plaintiff's general complaints with respect to conditions of confinement also fail to warrant a TRO or preliminary injunction for the same reasons contained in the court's order denying the TRO (Doc. # 3) and the recommendation of the magistrate judge to deny the motion for preliminary injunction (Doc. # 4).

Thus, it is ORDERED that the plaintiff's motion for reconsideration (Doc. # 9) is DENIED.

DONE this the 14th day of November 2007.

                                      /s/  W. Keith Watkins
                                UNITED STATES DISTRICT JUDGE