IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| RONALD SUTTON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 2:07-cv-0776-WKW |
| | ) | |
| TROY KING, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

The Magistrate Judge filed a Recommendation (Doc. # 12) that this case is due to be transferred to the Northern District of Alabama. The plaintiff filed an objection to the Recommendation. (Doc. # 14.)

After an independent and *de novo* review of the record, it is the ORDER, JUDGMENT and DECREE of the Court, for the convenience of the parties and witnesses and in the interest of justice, that:

1. The Recommendation (Doc. # 12) of the Magistrate Judge is ADOPTED;

2. The plaintiff's objection (Doc. # 14) is OVERRULED;

3. The case is TRANSFERRED, pursuant to 28 U.S.C. § 1404, to the United States District Court for the Northern District of Alabama. The Clerk of Court is DIRECTED to take all necessary steps to effectuate said transfer.

DONE this 27th day of November, 2007.

_____/s/   W.  Keith Watkins_____
UNITED STATES DISTRICT JUDGE